

# NUMBER 13-25-00456-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **SHARON K. KAUFMAN,** | **Appellant,** |

**v.**

| | |
|---|---|
| **DELIA CRISTAN,**<br>**CORPUS CHRISTI REGIONAL**<br>**TRANSPORTATION AUTHORITY,**<br>**STEPHEN P. CARRIGAN, ET AL.,** | **Appellees.** |

## ON APPEAL FROM THE 319TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice West**

This cause is before the Court on its own motion. On September 12, 2025, appellant filed a notice of appeal attempting to appeal an order entered in trial court cause number 2013DCV-4768-G. On September 16, 2025, the Clerk of the Court notified

appellant that there appears to be no final, appealable order. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant has failed to respond to the notice or otherwise cure the defect.

Having considered the documents on file, appellant's failure to correct the defect in this matter, and appellant's failure to otherwise respond to a notice from the Clerk of the Court requiring a response or other action within the time specified, the appeal is hereby dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
6th day of November, 2025.

2